UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CASE NOS: 20-mj-893; 20-mj-894; 20-mj-895; 20-mj-896

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF<br>2017 Infinity QX80<br>2015 F350 Ford Super Duty<br>2008 BMW i335<br>2016 Polaris 800 Switchback | APPLICATION FOR<br>WRIT OF ENTRY ON<br>PREMISES TO EFFECT<br>SEIZURE WARRANT |

I, Zachary Hill, respectfully request the issuance of an Order pursuant to the All Writs Act, 28 U.S.C. § 1651, authorizing me and/or such other employees of the Drug Enforcement Administration ("DEA") or the Wisconsin Superior Police Department as may be designated by the DEA to enter the premises described below to effectuate the seizure of property.

As set forth in my Affidavit in Support of Seizure Warrant, certain property owned by Donovan Amotozio and/or Nicole Amotozio is subject to seizure and forfeiture to the United States. Donovan and Nicole Amotozio are the owners of a residence located at 1015 N. 17th Street, Superior, Wisconsin 54880. This property is a residence with a detached garage. It is believed that the following vehicles may be located on the premises of 1015 N. 17th Street, Superior, Wisconsin 54880:

   a) a 2017 Infinity QX80 with VIN: JN8AZ2NE6H9152564,

   b) a 2015 F350 Ford Super Duty with VIN: 1FT8W3BT3FEC22411,

   c) a 2008 BMW i335 with VIN: WBAWL73558PX53606

   d) a 2016 Polaris 800 Switchback with SN1CWBGS0GC150696

Authorization is requested from this Court for entry onto the premises including the garage in order to effect the seizure of the vehicles described above.

DATED:                                                    12/4/20
                                                    Zachary Hill, Task Force Officer
                                                    Drug Enforcement Administration